MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
Lisa Goldoftas, WA 40807
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (206) 348-1703
    E-Mail: lisa.goldoftas@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPENCER CARR,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:25-cv-01759-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended twenty-eight (28) days from October 20, 2025, up to and including November 17, 2025. This is the Defendant's first request for an extension, which is requested for the following reasons.

1. At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including federal defendant Social Security Administration (SSA). It is not clear when funding will be restored by Congress.

2. In the absence of either a Fiscal Year 2026 appropriation or a continuing resolution to continue the ongoing operations of the Social Security Administration (SSA), no

further financial obligations may be incurred by SSA, except for that work which, as defined by law, is excepted from the limitations of Anti-Deficiency Act (ADA). *See* 31 U.S.C. §§ 1341–1342.

3. Effective Monday, October 20, 2025, the Social Security Administration has determined that undersigned counsel and colleagues within her office may perform work on Social Security cases arising under 42 U.S.C. § 405(g) during the current lapse in appropriations as excepted work.

4. The undersigned counsel is the supervisor of Marla Letellier, the lead attorney on this case. Although counsel is permitted to work on Social Security cases arising under 42 U.S.C. § 405(g) as of October 20, 2025, the lead attorney on this case is ill and unable to report to the office today. Upon her return she will have many pressing deadlines resulting from the lapse in funding.

5. Undersigned counsel therefore requests an extension of time for 28 days. Thus, Defendant's brief would be due November 17, 2025, and Plaintiff's optional reply brief would be due December 1, 2025.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 20, 2025

/s/ *Francesco P. Benavides,*  *
(*as authorized via e-mail on October 20, 2025)
FRANCESCO P. BENAVIDES
Attorney for Plaintiff

Dated: October 20, 2025

Michelle Beckwith
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:    /s/ *Lisa Goldoftas*
LISA GOLDOFTAS
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including November 17, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:    October 21, 2025                                       
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE